UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE, BY THE FEDERAL BUREAU OF INVESTIGATION, OF THE PROPERTY LISTED IN ATTACHMENT A | CASE NO. 2:23-mc-00082-LK<br><br>ORDER EXTENDING GOVERNING CAFRA DEADLINE |

This matter comes before the Court on the parties' Third Stipulation and Request to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A). Dkt. No. 7. In light of their agreement, and pursuant to Section 983(a)(3)(A), the Court ORDERS:

1. The Civil Asset Forfeiture Reform Act (CAFRA) deadline governing Claimant Anthony Valela's administrative claim to the property listed in Attachment A, *see* Dkt. No. 1 at 6–7, is HEREBY EXTENDED from May 25, 2024, to August 23, 2024.

Dated this 21st day of May, 2024.

*Lauren King*
Lauren King
United States District Judge